[No. 37291. Department One. March 11, 1965.]

Joseph N. Clemons, *Respondent*, v. Mabel Jean Clemons, *Appellant*.*

Landon R. Estep, for appellant.

Chavelle, Chavelle & Greenway, for respondent.

Per Curiam—In this action for divorce, the trial court granted the respondent husband a divorce and denied the appellant wife a divorce on her cross claim. Finding that the appellant was not, and that the respondent was, a fit and proper person to have the care and custody of the parties' son, Curtis N. Clemons, born May 19, 1959, custody was

*Reported in 400 P. (2d) 96.

awarded the respondent. The only issue raised by this appeal is that of custody.

The trial court must have a wide latitude of discretion in custody matters and its disposition of custody will not be disturbed by this court in the absence of a manifest abuse of discretion. *Applegate v. Applegate*, 53 Wn. (2d) 635, 335 P. (2d) 595.

We have carefully read and considered the record in this case. The evidence amply supports the trial court's disposition of custody.

The judgment is affirmed.